UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORPE DESIGN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIKING CORPORATION, THE, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-03324-EDL<br><br>**ORDER MODIFYING CASE MANAGEMENT ORDER** |

In light of the agreement reached by the parties as disclosed to the Court on April 19, 2016, Defendant's motion to amend the scheduling order is granted.  The remaining case deadlines are hereby modified as follows:

- All non-expert discovery shall be completed no later than June 30, 2016.
- Initial expert disclosures shall be made no later than July 29, 2016.
- Rebuttal expert disclosures shall be made no later than August 12, 2016.
- All expert discovery shall be completed no later than August 26, 2016.
- The last day for hearing dispositive motions shall be August 23, 2016.
- A pretrial conference shall be held on November 15, 2016 at 2:00 p.m.
- Jury trial will begin on December 5, 2016 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: April 19, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge