UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORPE DESIGN, INC.,<br>　　　　Plaintiff,<br>　　v.<br>VIKING CORPORATION, THE, et al.,<br>　　　　Defendants. | Case No. 15-cv-03324-EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: Dkt. No. 44 |

　　　　The Court is in receipt of Defendants' Ex Parte Application for an Order Compelling Attendance at Deposition and Sanctions. Plaintiff is hereby granted until July 11, 2016 to file an opposition to the application, and Defendants shall have until July 13 to file a reply. A hearing is set for Wednesday, July 20 at 2:00 pm. The Court will vacate the hearing and rule on the papers if it determines that oral argument is unnecessary to resolve the dispute.

**IT IS SO ORDERED.**

Dated: July 5, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge